WEMPLE, Respondent, v. FEDERAL STOCK & GRAIN CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by

John H. Wemple against the Federal Stock & Grain Company of New York.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

CHASE, J., dissents, on the ground that the plaintiff claims $400 for money deposited, amount not stated, and profits, pursuant to a contract which is not produced, and the contents of which are not shown; facts showing a good cause of action not being stated.